**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CARL HENDRIX,**

Plaintiff,

vs.

**FINGERHUT COMPANIES, INC., a Minnesota corporation,**

Defendant.

Civil No. ~~99~~ 00-CV-717 MJD/JGL

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, in accordance with Rules 41(a) and 54(b) of the Federal Rules of Civil Procedure, that Plaintiff's Second Cause of Action, alleging a violation of the Minnesota Human Rights Act, is hereby dismissed with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED AND AGREED**, by and between the parties hereto, by their respective counsel, that Defendant shall serve and file its Answer to the Complaint within 10 days of the entry of the Court's Order dismissing Plaintiff's Second Cause of Action.

Dated: September 6, 2000

DeAnna M McCashin
DeAnna M. McCashin (#160192)
SCHOEP & McCASHIN, CHTD.
1321 Broadway
Suite 100
Alexandria, MN 56308
(320) 763-3634

**ATTORNEYS FOR PLAINTIFF CARL HENDRIX**

SEP 14 2000

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD SEP 14 2000
DEPUTY CLERK ______

Dated: SEPTEMBER 11, 2000

Richard A. Ross (MN I.D. # 181791)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, Minnesota 55402
(612) 347-7022

**ATTORNEYS FOR DEFENDANT FINGERHUT COMPANIES, INC.**

## ORDER

**BASED ON THE FOREGOING:**

**IT IS HEREBY ORDERED** that Plaintiff's Second Cause of Action, alleging a violation of the Minnesota Human Rights Act in the above-entitled action is dismissed with prejudice, each party to bear their own costs and attorneys' fees.

**IT IS HEREBY FURTHER ORDERED** that there is no just reason to delay the entry of this Order, and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is expressly directed to enter Judgment dismissing the Plaintiff's Second Cause of Action immediately.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 9-14-00

By: ______________________
District Court Judge

::ODMA\PCDOCS\FBDOCS1\2420190\1