UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-717 (MJD/JGL)

CARL HENDRIX,

Plaintiff,

v.

**PRETRIAL ORDER**

FINGERHUT COMPANIES, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is four days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to January 15, 2001;

3. Plaintiff shall disclose all expert witnesses, including reports, by October 1, 2001; and Defendant shall disclose all expert witnesses, including reports, by November 1, 2001;

4. The period during which the parties may seek discovery shall be completed by December 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period must be filed prior to February 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to April 1, 2002; and

7. This case will be considered "ready for trial" as of April 1, 2002.

DATED: November 22, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED NOV 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD