UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL ACTION NO. 00-CV-717 MJD/JGL

---

Carl Hendrix,

Plaintiff,

v.

Fingerhut Companies, Inc., a Minnesota corporation,

Defendant.

Judge Michael J. Davis
Magistrate Jonathan G. Lebedoff

ORDER FOR DISMISSAL WITH PREJUDICE

---

WHEREAS, on Jan 2, 2002, a Stipulation of Dismissal with Prejudice was filed requesting that the above-captioned proceeding be dismissed with prejudice with each party bearing its own costs.

NOW, THEREFORE, IT IS HEREBY ORDERED that the above-captioned adversarial proceeding be dismissed, with prejudice, with each party bearing its own costs.

Dated: Jan 14, 2002

Michael J. Davis

The Honorable ~~Jonathan G. Lebedoff~~
[redacted]ge, United States District Court

FILED JAN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **CARL HENDRIX,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**FINGERHUT COMPANIES, INC., a Minnesota corporation,**<br><br>**Defendant.** | **Civil No. 00-CV-717 MJD/JGL** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Carl Hendrix and Defendant Fingerhut Companies, Inc. hereby stipulate that the above-captioned adversarial proceeding be dismissed, with prejudice, with each party bearing its own costs.

Respectfully submitted,

CARL HENDRIX

By his attorney,

DeAnna McCashin
Schoep & McCashin
1321 Broadway, Suite 100
P.O. Box 909
Alexandria, Minnesota 56308

FINGERHUT COMPANIES, INC.

By its attorneys,

Robert P. Joy
Allison K. Romantz
MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108

FILED JAN 14 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK